# Court of Appeals
# of the State of Georgia

ATLANTA,  August 28, 2017

*The Court of Appeals hereby passes the following order:*

**A18I0008.  JOHN KEITH WHITE et al. v. NICHOLLE JEANETTE GENS.**

In this quiet title action, plaintiff Nicholle Jeanette Gens and the defendants filed cross-motions for summary judgment on the defendants' counterclaim for reformation of a deed based upon a mutual mistake of fact.  The trial court granted the plaintiff's motion and denied the defendants' motion, finding that the counterclaim failed as a matter of law because the defendants did not present evidence as to how or why the alleged mistake occurred.  The defendants seek interlocutory review of this ruling.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal.  See *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-828 (386 SE2d 884) (1989).  We will grant a timely application for interlocutory appeal if the order complained of is directly appealable and the applicant has not already filed a timely notice of appeal.  See *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004).

Accordingly, this interlocutory application is hereby GRANTED. The defendants shall have ten days from the date of this order to file a notice of appeal in the trial court. If they have already filed a timely notice of appeal from the order at issue here, they need not file a second notice. The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/28/2017*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

        _Stephen E. Castlen_ , *Clerk.*